IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY BROOKE BEHRENS,

      Plaintiff,

vs.                                       Case No. 22-CV-04064-TC-RES

AAA CLUB ALLIANCE INC.,

      Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Ashley Brooke Behrens and defendant AAA Club Alliance, Inc. jointly stipulate to the Court that they wish to dismiss this action with prejudice, each party to bear its own costs and attorney's fees, as provided by Fed.R.Civ.P. 41(a)(1)(A)(ii).

                                                Respectfully Submitted,

                                                LAW OFFICES OF ALBERT F. KUHL

                                                /s/ Albert F. Kuhl
                                                Albert F. Kuhl   #12478
                                                9393 W. 110th St., Ste. 500
                                                Overland Park, Kansas 66210
                                                Tel.: 913.638.8022
                                                Fax:  913.451.6750
                                                Al@kcjoblawyer.com
                                                ATTORNEY FOR PLAINTIFF

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Stacy M. Bunck
Colin J. Finnegan
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303(Facsimile)
stacy.bunck@ogletree.com
colin.finnegan@ogletree.com
ATTORNEYS FOR DEFENDANT